NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QUEEN'S UNIVERSITY AT KINGSTON,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellees*

---

2016-2723, -2725

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00583 and IPR2015-00584.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The certified lists are due no later than November 8, 2016.

2   QUEEN'S UNIVERSITY AT KINGSTON v. SAMSUNG ELECTRONICS
                                                   CO., LTD.

                          FOR THE COURT

                          /s/ Peter R. Marksteiner
                          Peter R. Marksteiner
                          Clerk of Court

s32